KENT MARKUS, OH Bar # 16005
Enforcement Director
ELIZABETH BOISON, DC Bar # 488072
(Email: elizabeth.boison@cfpb.gov)
(Phone: 202-435-7369)
MELANIE HIRSCH, DC Bar # 989310
(Email: melanie.hirsch@cfpb.gov)
(Phone: 202-435-7944)
1700 G Street NW
Washington, DC 20552
Fax: (202) 435-7722

KENT KAWAKAMI, CA Bar # 149803 – Local Counsel
(Phone: 213-894-4858)
(Email: Kent.Kawakami@usdoj.gov)
United States Attorney's Office
Central District of California - Civil Division
300 North Los Angeles Street, Room 7516
Los Angeles, CA 90012
Fax: (213) 894-2380

Attorneys for Plaintiff
Consumer Financial Protection Bureau

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SACV12-02088 AG (ANx)

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Nafso Jalan, et al.,<br><br>Defendants. | Case No.<br><br>**PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF AND ORDER TO SHOW CAUSE WHY PRELIMINARY INJUNCTION SHOULD NOT ISSUE**<br><br>**(FILED UNDER SEAL)** |

Plaintiff Consumer Financial Protection Bureau ("Bureau"), having filed its Complaint in this matter for civil money penalties, a permanent injunction and other equitable relief, including restitution for consumers injured by Defendants' unlawful practices in violation of violation of Section 1036 of the Consumer Financial Protection Act ("CFPA"), 12 U.S.C. § 5536, and the Mortgage Assistance Relief Services Rule, 16 C.F.R. Part 322, recodified as Regulation O, 12 C.F.R. Part 1015, files this *ex parte* application for a temporary restraining order with asset freeze, appointment of a receiver, limited expedited discovery, immediate access to Defendants' business premises, and other equitable relief, and for an order to show cause why a preliminary injunction should not issue. A proposed temporary restraining order, including an order to show cause, has been filed concurrently. This Court is authorized to grant such relief by Section 1055(a) of the CFPA, 12 U.S.C. § 5565(a), Federal Rule of Civil Procedure 65(a), and Local Rule 65-1.

In support of this application, Plaintiff CFPB separately files its Memorandum Supporting *Ex Parte* Application for Temporary Restraining Order & Other Equitable Relief.

Dated: December 3, 2012                     Respectfully Submitted,

*Elizabeth Boison*
Elizabeth Boison
Melanie Hirsch
Attorneys for Plaintiff
Consumer Financial Protection Bureau