Elizabeth Boison
Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW Washington, DC 20552

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Consumer Financial Protection Bureau, | CASE NUMBER |
|---|---|
| Plaintiff(s) | SACV12-02088 AG (ANx) |
| v. | |
| Najia Jalan, et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective November 1, 2011, the fee for *Pro Hac Vice* Appearance is $325.00 for **each case** application. Please submit the fee with your application, if you are efiling the application attach a copy of your receipt. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required. **The Pro Hac Vice appearance fee must be paid in full before any appearance will be permitted. Proof of payment receipt must be attached to this application.**

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state in which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Elizabeth Boison, hereby apply to the Court under Local Rules 83-2.3 and 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant: Consumer Financial Protection Bureau by whom I have been retained.

My business information is:
Consumer Financial Protection Bureau
*Firm Name*

Office of Enforcement 1700 G Street, NW
*Street Address*

Washington, DC 20552
*City, State, Zip*

elizabeth.boison@cfpb.gov
*E-Mail Address*

202-435-7369
*Telephone Number*

202-435-7722
*Fax Number*

I am a member in good standing and eligible to practice before the following courts. List all that apply. Attach additional pages if necessary.

| Title of Court | Date of Admission |
|---|---|
| District of Columbia Court of Appeals | 12/11/2006 |
| New York Supreme Court, Appellate Division | 1/25/2006 |
| Massachusetts Supreme Judicial Court | 1/12/2006 |
| | |

I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California. I am not currently suspended from, and I have never been disbarred from practice in any court.

I have concurrently, and within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions. List all that apply. Attach additional pages if necessary.

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:

I designate  Kent Kawakami  as local counsel, whose business information is as follows:

United States Attorney's Office, Central District of California
*Firm Name*

300 North Los Angeles Street, Room 7516
*Street Address*

Los Angeles, CA 90012                           Kent.Kawakami@usdoj.gov
*City, State, Zip*                                           *E-Mail Address*

213-894-4858                                       (213) 894-2380
*Telephone Number*                              *Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence. I also consent to electronic service.

Dated  11/19/2012

Elizabeth Boison
*Applicant's Name (please print)*

*/s/ Elizabeth Boison*
*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel and I consent to electronic service.

Dated  11/19/2012

Kent Kawakami
*Designee's Name (please print)*

*/s/ Kent Kawakami*
*Designee's Signature*

CA Bar # 149803
*Designee's California State Bar Number*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D.C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**ELIZABETH S. BOISON**

was on the 11TH day of DECEMBER, 2006 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 13, 2012.

JULIO A. CASTILLO
Clerk of the Court

By: *[signature]*
Deputy Clerk

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twelfth** day of **January** A.D. **2006**, said Court being the highest Court of Record in said Commonwealth:

## Elizabeth Boison

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **fourteenth** day of **November** in the year of our Lord two thousand and twelve.

*MAURA S. DOYLE*, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Elizabeth Schwarz Boison

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **25th day of January, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 13th day of November, 2012.



*Robert D. Mayberger*
Clerk