Elizabeth Boison
Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW  Washington, DC 20552



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LODGED
2012 DEC -3  PM 12: 28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY ___

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>              Plaintiff(s)<br><br>         v.<br><br>Najia Jalan, et al.<br><br>              Defendant(s). | CASE NUMBER:<br><br>SACV12-02088 AG (ANx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of __Elizabeth Boison__, of __Consumer Financial Protection Bureau/ 1700 G Street, NW Washington, DC 20552__
    *Applicant's Name*                              *Firm Name / Address*

__202-435-7369__                                    __elizabeth.boison@cfpb.gov__
    *Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☑ Plaintiff   ☐ Defendant

☐ Intervener or other interested person _____

and the designation of __Kent Kawakami, CA Bar # 149803__
                        *Local Counsel Designee /State Bar Number*

of __United States Attorney's Office C.D. California - 300 North Los Angeles Street, Room 7516 Los Angeles, CA 90012__
    *Local Counsel Firm / Address*

__213-894-4858__                                    __Kent.Kawakami@usdoj.gov__
    *Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

☑ **GRANTED**

☐ DENIED. Fee shall be returned by the Clerk.

☐ DENIED. For failure to pay the required Pro Hac Vice appearance fee.

Dated __December 4, 2012__                     _____
                                                U. S. District Judge/~~U.S. Magistrate Judge~~

---

G-64 ORDER (11/10)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE